UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEITH D. BOX, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:13CV540 RWS |
| MIKE KEMNA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner asks me to reconsider my April 10, 2013 dismissal of this action. I continue to believe that my decision was correct, and petitioner cites no new facts or law that convince me my earlier decision was in error.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for reconsideration [#6] is denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of June, 2013.