UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KEITH BOX, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:13CV540 RWS |
| | ) | |
| MIKE KEMNA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER TO SHOW CAUSE

Petitioner has filed a motion to compel in this closed case that is currently on appeal. The motion will therefore be denied. Petitioner's motion for a certificate of appealability is denied for the same reasons I previously declined to issue a certificate of appealability on April 10, 2013.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to compel [#16] and motion for certificate of appealability [#17] are denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2013.